DANIEL W. FORD, Respondent, *v.* THE PROVIDENT SAVINGS LIFE ASSURANCE SOCIETY OF NEW YORK, Appellant.

(Argued December 17, 1880 ; decided January 18, 1881.)

*S. G. Clarke* for appellant.

*Esek Cowen* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.